RECORD OF GRAND JURY BALLOT

C/R 3:21CR802

THE UNITED STATES OF AMERICA v. TAMMY MCDONALD

(SEALED UNTIL FURTHER ORDER OF THE COURT)

RECEIVED
NOV 23 2021
FLORENCE, S.C.