RECEIVED

NOV 23 2021

FLORENCE, S.C.

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 3:21CR802 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| TAMMY MCDONALD | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, TAMMY MCDONALD, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
THOMAS E. ROGERS, III
UNITED STATES MAGISTRATE JUDGE

Florence, South Carolina
November 23, 2021

I SO MOVE:

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By: _____
Derek Shoemake (#10825)
Assistant United States Attorney
401 W Evans Street, Suite 222
Florence, SC 29501
Telephone: (843) 665-6688 Email Address:
Derek.Shoemake@usdoj.gov