## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 3:21-CR-802

Tammy McDonald

## PLEA

The Defendant, Tammy McDonald, acknowledges receipt of a copy of the indictment and after arraignment pleads NOT guilty in open court.

_____
(Signed)    Defendant

Columbia, South Carolina

Date 12/2/2021